AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

PANSÉS v. NORMAN, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04 1165 8 RWZ

TO: (Name and address of Defendant)

COMMISSIONER, DIVISION OF UNEMPLOYMENT ASSISTANCE
C.F. HURLEY BUILDING
19 STANIFORD ST.
BOSTON, MA 02114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

C. S. PANSÉ
34 FRANCES ST.
NEWTON HIGHLANDS, MA 02461-1608

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  7/8/07

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 11-02-2004 |
| NAME OF SERVER (PRINT) JENSEN AUGUSTE | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): LEFT COPIES THEREOF WITH MS. TINA IORDANIDIS IN THE OFFICE OF THE COMMISSIONER AT STANIFORD ST, BOSTON, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-2-04
Date

Signature of Server

33 Canton St Lowell MA 01851
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.