AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

PANSE's  v.  NORMAN et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04 11658 RWZ**

TO: (Name and address of Defendant)

HIS EXCELLENCY MR. MITT ROMNEY, GOVERNOR
STATE HOUSE, ROOM 360
BOSTON, MA 02133

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. S. PANSE
34 FRANCES ST.
NEWTON HIGHLANDS, MA 02461-1608

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  7/26/04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-02-2004 |
| NAME OF SERVER (PRINT) JENSEN AUGSTE | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): LEFT COPIES THEREOF WITH MS. BECKY DONAHUE IN THE OFFICE OF THE GOVERNOR ON BEACON HILL, BOSTON, MA.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-2-2004
　　　　　　　　Date　　　　　　　　Signature of Server

33 CANTON ST Lowell MA 01851
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.