UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. **04-CV-11658**

| | | |
|---|---|---|
| Chandrakant S. PANSÉ, et al., | plaintiffs | } |
| | | } |
| v. | | } |
| | | } |
| Lindsay NORMAN, et al., | defendants | } |

PLAINTIFFS' MOTION TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15 (a), plaintiffs respectfully request leave to amend Complaint. The proposed Amended Complaint is attached hereto. There has not been any responsive pleading or motion from any of the defendants pending this Amended Complaint per stipulation with the Office of the Attorney General of Massachusetts.

Respectfully submitted, Dec. 18, 2004,

Chandrakant S. Pansé, *pro se*
34 Frances Street
Newton Highlands, MA 02461-1608
Tel. 617-527-9283

Certificate of Compliance with Local Rule 7.1 (A) (2): I hereby certify that I have conferred with Mr. Charles Wyzanski, Esq., Assistant Attorney General, who represents the defendants in their official capacities, regarding this Motion.

Chandrakant S. Pansé, plaintiff

Certificate of Service

I hereby certify that a copy of the Motion to amend and the Amended Complaint was served by me by mail on 12-18-2004 upon

Mr. Charles Wyzanski, Esq., Assist. Attorney General, who represents the defendants in their official capacities, at One Ashburton Place, Boston, MA 02108-1598,

and in personal capacities upon

Paula Gastenveld, Valencia Community College, West Campus,
1800 S. Kirkman Rd., Orlando, FL 32811,

Ghazi Darkazalli and Laurie Taylor, MBCC, 50 Oakland St., Wellesley Hills, MA 02481-5399,

Thomas Sabbagh, 2 Grandview Ave., Lincoln, RI 02865-2930,

Judith Gill and Peter Tsaffaras, BHE, One Ashburton Place, # 1401, Boston, MA 02108,

and with a request for waiver of Summons upon

His Excellency Mr. Mitt Romney, State House, Room 360, Boston, MA 02133,

Andrew Scibelli, MBCC, 50 Oakland St., Wellesley Hills, MA 02481-5399, and

Haidee Morris, Office of the General Counsel, Mass. Community Colleges,
591 Springs Road, Bldg 2, Bedford MA 01730.

Summons and the Amended Complaint will be served shortly on Lindsay Norman, 277 Salt Meadow Cove, Kiawah Island, SC 29455-5506, pursuant to the laws of South Carolina.

Chandrakant S. Pansé, plaintiff