UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
CHANDRAKANT S. PANSE et al.,   )
                               )
     Plaintiffs,               )
                               )   C.A. No. 04-CV-11658-RWZ
v.                             )
                               )
LINDSAY NORMAN, et al.,        )
                               )
     Defendants.               )
_____)
```

**DEFENDANTS' MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

NOW come the defendants LINDSAY NORMAN, PAULA GASTENVELD, LAURIE TAYLOR, GHAZI DARKAZALLI, THOMAS SABBAGH, the MBCC BOARD OF TRUSTEES, JUDITH I. GILL, PETER H. TSAFFARAS, the MASSACHUSETTS BOARD OF HIGHER EDUCATION, JOHN A. KING, MITT ROMNEY, ANDREW SCIBELLI, and HAIDEE MORRIS in their individual and official capacities, and move, pursuant to Rules 12(b)(6) and 56(b) of the Federal Rules of Civil Procedure, to dismiss this action or, in the alternative, for summary judgment in their favor.

Plaintiff CHANDRAKANT S. PANSÉ ("Pansé") has brought this pro se action pursuant to 42 U.S.C. §§ 1983 and 1988 seeking damages for the August 2002 termination of his employment as a tenured professor at the Massachusetts Bay Community College ("the College") and its consequences on grounds of due process, free speech, and a variety of state

-2-

law causes of action.

 This Court should dismiss Pansé's action or grant summary judgment to the defendants.  Sovereign immunity and the language of 42 U.S.C. § 1983 bar any action for damages against the defendants in their official capacity.  Pansé's due process and free speech claims against the defendants in their individual capacity are also without merit because Pansé received all process that was due and because his speech was not protected by the First Amendment nor close enough in time to his employment termination to infer retaliation.  Moreover, even if the defendants had somehow engaged in unconstitutional conduct, they would be entitled to qualified immunity and not be individually liable.  As for Pansé's remaining causes of action, they allege violations of <u>state</u> law over which this Court should decline to exercise jurisdiction for reasons of judicial economy, convenience, and fairness to the litigants.

-3-

LINDSAY NORMAN, PAULA GASTENVELD, LAURIE TAYLOR, GHAZI DARKAZALLI, THOMAS SABBAGH, the MBCC BOARD OF TRUSTEES, JUDITH I. GILL, PETER H. TSAFFARAS, the MASSACHUSETTS BOARD OF HIGHER EDUCATION, JOHN A. KING, MITT ROMNEY, ANDREW SCIBELLI, and HAIDEE MORRIS, in their individual and official capacities,

By their Attorney,

THOMAS F. REILLY

ATTORNEY GENERAL


/s/Charles M. Wyzanski
Charles M. Wyzanski
BBO # 536040
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02l08
6l7-727-2200