UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
CHANDRAKANT S. PANSE et al.,       )
                                   )
     Plaintiffs,                   )
                                   )   C.A. No. 04-CV-11658-RWZ
v.                                 )
                                   )
LINDSAY NORMAN, et al.,            )
                                   )
     Defendants.                   )
_____)

**DEFENDANTS' 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1, the undersigned Charles M. Wyzanski hereby certifies that as counsel to defendants he has conferred with the pro se plaintiff Dr. Chandrakant S. Pansé by telephone and e-mail in a good faith effort to resolve or narrow the issues in the above-referenced case. Dr. Pansé saw fit to file an Amended Complaint but we have been unable to otherwise resolve or narrow the issues despite his having been provided with a draft of the accompanying Motion and Memorandum in Support thereof.

-2-

LINDSAY NORMAN, PAULA GASTENVELD, LAURIE TAYLOR, GHAZI DARKAZALLI, THOMAS SABBAGH, the MBCC BOARD OF TRUSTEES, JUDITH I. GILL, PETER H. TSAFFARAS, the MASSACHUSETTS BOARD OF HIGHER EDUCATION, JOHN A. KING, MITT ROMNEY, ANDREW SCIBELLI, and HAIDEE MORRIS, in their individual and official capacities,

By their Attorney,

THOMAS F. REILLY

ATTORNEY GENERAL


/s/Charles M. Wyzanski
Charles M. Wyzanski
BBO # 536040
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02l08
6l7-727-2200