AMERICAN ARBITRATION ASSOCIATION
Before Michael Stutz, Arbitrator

| | |
|---|---|
| In the Matter of Arbitration between<br><br>Massachusetts Community College Council/MTA/NEA<br><br>And<br><br>Board of Higher Education<br>(Massachusetts Bay Comm. College) | Dr. Chandrakant Pansé Dismissal<br>AAA #: 11 390 02407 02 |

## APPEAL OF THE MCCC/MTA/NEA PURSUANT TO
## ARTICLE 10.06(E) OF THE COLLECTIVE BARGAINING AGREEMENT

I. **Introduction**

On November 9, 2004 the arbitrator issued an opinion and award in the arbitration over the dismissal of Dr. Chandrakant Pansé ("Dr. Panse" or the "grievant"), a tenured professor of biotechnology at the Massachusetts Bay Community College, finding for the grievant. Consistent with the procedure laid out in the collective bargaining agreement (CBA) between the Board of Higher Education ("Employer") and the Massachusetts Community College Council/MTA ("MCCC" or "Union"), the arbitrator remanded the case to the President of the College for reassessment of the original decision while retaining jurisdiction. The President had thirty (30) days in which to issue a decision. On December 8, 2004, the interim President of the College issued a three paragraph decision affirming the prior decision of the President. The Union hereby files this appeal seeking an award from the arbitrator reinstating Dr. Panse forthwith with seniority, full back pay and benefits.