UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. **04-CV-11658**

| | | |
|---|---|---|
| Chandrakant S. PANSÉ, et al., | plaintiffs | } |
| | | } |
| v. | | } |
| | | } |
| Lindsay NORMAN, et al., | defendants | } |

PLAINTIFFS' CONSENTED TO MOTION FOR ENLARGEMENT OF TIME

TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS,

OR IN THE ALTERNATIVE, FOR SUMMARY JUDGEMENT

On 01-06-05, defendants filed a Motion to Dismiss, or in the Alternative, for Summary Judgement, in the above captioned action. Issues therein involve highly complex analysis of adequacy of due process, as well as the immunity of the state's officers.

Pursuant to Local Rule 7.1 (B)(2), plaintiffs' Opposition to said Motion is due in 14 days, i.e., on Thursday, 01-20-05. Pursuant to Fed. R. Civ. P. 6 (b), plaintiffs respectfully request that this Hon. Court enlarge said time by 14 days to Thursday, Feb. 14, 2005, in order to allow the plaintiffs adequate time to research said weighty Constitutional matters.

Respectfully submitted, this 19th day of Jan. 2005,

Consent by
Charles Wyzanski, *Esq.*
Assistant Attorney General
Attorney for defendants
Tel. 617-727-2200 x 3093

Chandrakant S. Pansé, *pro se*
34 Frances Street
Newton Highlands, MA 02461-1608
Tel. 617-527-9283 / 617-967-8430