Chandrakant Pansé, *M.Sc., M.A., Ph.D.*
Ujwala Pansé, *M.Sc., Ph.D.*

34 Frances Street
Newton Highlands, MA 02461-1608
Tel./Facsimile 617-527-9283

DrCP@rcn.com
PanseDr@bu.edu

DrUCP@rcn.com
PanseUjw@pmc.edu

FILED
CLERKS OFFICE
2005 JAN 20  P 12: 35
U.S. DISTRICT COURT
DISTRICT OF MASS

January 19, 2005

Clerk, Civil
United States District Court, District of Massachusetts
United States Courthouse, Suite 2300
1 Courthouse Way
Boston, MA 02210

Re:  C. A. No. **04-CV-11658-RWZ**

Dear Sir or Madame,

    Kindly take notice that in the above captioned action, Mr. Charles Wyzanski, *Esq.*, Asst. Attorney General for the Commonwealth of Massachusetts, has accepted Service on behalf of all defendants, in both official and (where applicable) personal capacities, and has waived any and all objections to insufficiency of process and to insufficiency of service of process. He has also entered appearance on behalf of all defendants, in both official and personal capacities, by filing a Motion to Dismiss, and suggested that plaintiffs need not serve the defendants. Please see attached copies of e-mail messages.

    Thank you for your attention to this matter.

Very truly yours,

*C. S. Pansé*

cc Mr. Charles Wyzanski, *Esq.*, Asst. Attorney General

## Dr Pansé

**From:** Dr Pansé [DrCP@rcn.com]
**Sent:** Tuesday, January 18, 2005 3:30 PM
**To:** 'CMW1126@aol.com'; 'Charles.Wyzanski@ago.state.ma.us'
**Subject:** Completing service

Dear Mr. Wyzanski,

You have entered an appearance in Pansé v. Norman et al. in the federal court for all the defendants in their personal capacities by filing your Motion to dismiss.

While I have waivers of service from some of the defendants, I do not have these from Norman, Darkazalli, Taylor, Tsaffaras and Romney. Please advise me as soon as possible if these defendants in their personal capacities accept service and waive any and all objections to insufficiency of process and to insufficiency of service of process.

I have already incurred expenses in attempting to serve Norman in South Carolina. I would suggest that avoiding further such expenses would be useful.

It would also be very much worthwhile to avoid the spectacle of a deputy sheriff paying a visit to His Excellency.

I must initiate the serving process tomorrow (Wednesday 01/19) morning in view of the Court's deadline.

Thank you.

Very truly yours,
Chandra Pansé

1/19/2005

## Dr Pansé

**From:** CMW1126@aol.com
**Sent:** Tuesday, January 18, 2005 5:14 PM
**To:** DrCP@rcn.com
**Subject:** Re: Completing service

Dear Dr. Panse:

You are correct to note that I have entered an appearance on behalf of all defendants in both their official and personal capacities. There is no need to serve them individually. I have accepted service on their behalf.

I trust this answers your question. I suggest that you send any e-mails to my office address, although you are welcome to copy me at this, my home e-mail.

Very truly yours,
Charlie Wyzanski

In a message dated 1/18/05 3:30:11 P.M. Eastern Standard Time, DrCP@rcn.com writes:

> Please advise me as soon as possible if these defendants in their personal capacities accept service and waive any and all objections to insufficiency of process and to insufficiency of service of process.

1/19/2005