UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 P 4: 38

C. A. No. 04-CV-11658 RWZ

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| C. S. PANSÉ, *et al.*, | plaintiffs | } |
| | | } |
| v. | | } |
| | | } |
| L. NORMAN, *et al.*, | defendants | } |

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR
IN THE ALTERNATIVE, FOR SUMMARY JUDGEMENT

Now come the plaintiffs, and respectfully demand that this Court deny the defendants' Motion to Dismiss, or in the alternative, for Summary Judgement, as entirely without any merit, on grounds set forth in the attached Memorandum and Affidavit.

Plaintiffs respectfully submit that justice in this action, where findings of an Arbitrator prove raw abuse of governmental power by defendants, requires that the defendants answer for their alleged misdeeds at Trial.

Respectfully submitted, this 14th day of Feb. 2005,

Chandrakant S. Pansé, *pro se*
34 Frances St., Newton Highlands, MA 02461-1608
Tel. 617-527-9283
     617-967-8430
E-mail DrCP@rcn.com

Certificate of Service

I hereby certify that on 2/14/2005 I mailed a copy of the plaintiffs' Opposition, with Memorandum and Affidavit, by prepaid First Class Mail to Charles Wyzanski, Esq., Asst. A.G., attorney for all defendants, at One Ashburton Place, Boston, MA 02108-1598.

>             Chandrakant S. Pansé, *pro se*
>             34 Frances St., Newton Highlands, MA 02461-1608
>             Tel. 617-527-9283
>                    617-967-8430
>             E-mail  DrCP@rcn.com