

Chief Deputy A. M. Coury  
Special Operations Department

100 Broad Street  
Charleston, SC 29401  
Telephone (843) 958-2100  
Fax (843) 958-2116

**J. AL CANNON, JR., ESQ.**  
SHERIFF, CHARLESTON COUNTY

| Attorney or Party Without Attorney: PANSE, MSC, M.A., PHD, CHANDRAKANT<br>34 FRANCES STREET<br>NEWTON HIGHLANDS, MA   02461-1608<br>Att For: PANSE, CHANDRAKANT | Telephone No. | Court Use Only |
|---|---|---|
| | SHERIFF NO.<br>CISC-04015199-001 | |

Name and Address of Court:  
UNITED STATES DISTRICT COURT

Plaintiff: CHANDRAKANT PANSE

Defendant: LINDSAY NORMAN, PH D.

| PROOF OF SERVICE<br>(SUMMONS & COMP) | Hearing Date<br>0/00/00 | Time | Case Number<br>0411658RWZ |
|---|---|---|---|

I, J. AL CANNON, JR., ESQ., SHERIFF in and for said County and State, do hereby certify that I have received the annexed:

CIVIL SUMMONS AND COMPLAINT, COVER SHEET

on the 21st day of DECEMBER, 2004, and that I served the same on the 19th day of JANUARY, 2005, at the hour of 8:30 AM within the County of CHARLESTON, State of SOUTH CAROLINA, as follows on:

PERSON SERVED: NORMAN, PH D., LINDSAY

BY DELIVERING TO THE DEFENDANT(S) OR PERSON(S) NAMED ABOVE, A COPY.

Address Served: MET ON MONTAGUE AVE  
NORTH CHARLESTON, SC   29405

Service By             GREEN, B.

SHERIFF'S FEES       Charges  
-----------------    -------  
SERVICE FEE            15.00  
                     -------  
** TOTALS **           15.00

I am a SOUTH CAROLINA SHERIFF, and I certify that the foregoing is true and correct.

ATTEST OF CERTIFIED TRUE COPY  
*Stephanie D Phelps* (signature)  
NOTARY PUBLIC SOUTH CAROLINA  
MY COMMISSION EXPIRES: 62307

J. AL CANNON, JR., ESQ., SHERIFF  
COUNTY OF CHARLESTON  
STATE OF SOUTH CAROLINA

DATE:  1/21/05  
BY _____ (signature)