UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
CHANDRAKANT S. PANSE et al.,        )
                                    )
    Plaintiffs,                     )
                                    )    C.A. No. 04-CV-11658-RWZ
v.                                  )
                                    )
LINDSAY NORMAN, et al.,             )
                                    )
    Defendants.                     )
_____)

**DEFENDANTS' LOCAL RULE 16.1(D) STATEMENT**

In an effort to comply with Local Rule 16.1, defendants through their undersigned defense counsel Charles M. Wyzanski ("counsel") attempted to confer with plaintiff Chandrakant S. Pansé, pro se, (Pansé), inquiring first by telephone and then by e-mail as to: (1) an agenda for the November 3 scheduling conference; (2) a pre-trial schedule; and (3) whether Pansé would consent to trial by a magistrate judge. Pansé did not provide counsel with any substantive response.

Similarly, in an effort to comply with Local Rule 16.1(C), counsel asked Pansé for a written settlement proposal. Plaintiff responded in writing to counsel as follows:

> (i) Full implementation of the Arbitrator's Orders first, before anything else at all.
> (ii) Restrict providing your opinions, legal

-2-

>       or otherwise, to your clients, except when
>       you wish to admit that your clients should do
>       the right thing (as in your messages of the
>       yore that your clients should reinstate me at
>       once.)

Pansé's response plainly does not constitute a settlement proposal but rather an attempt to establish a pre-condition for any such proposal. This is contrary to the language and intent of Rule 16.1(C).

Counsel requested that Pansé, as the moving party, provide counsel with a draft of the joint statement, required by Rule 16.1(D). Pansé declined to do so. Pansé also declined to answer whether he would consent to trial by magistrate judge or to alternative dispute resolution.

Defendants for their part state that they intend to confine their discovery to the taking of Pansé's deposition. At the close of Pansé's discovery, if he conducts any, defendants intend to file a motion for summary judgment to dispose of the only count in this action which the Court has yet to dismiss.

-3-

```
           LINDSAY NORMAN, PAULA GASTENVELD, LAURIE
           TAYLOR, GHAZI DARKAZALLI, THOMAS SABBAGH,
           the MBCC BOARD OF TRUSTEES, JUDITH I. GILL,
           PETER H. TSAFFARAS, the MASSACHUSETTS BOARD
           OF HIGHER EDUCATION, JOHN A. KING, MITT
           ROMNEY, ANDREW SCIBELLI, and HAIDEE MORRIS,
           in their individual and official capacities,

           By their Attorney,

           THOMAS F. REILLY

           ATTORNEY GENERAL



           /s/Charles M. Wyzanski
           Charles M. Wyzanski
           BBO # 536040
           Assistant Attorney General
           One Ashburton Place
           Boston, Massachusetts 02108
           617-727-2200
```

<u>Plaintiff's Remarks on Local Rule 16.1 Statement by Counsel for Defendants</u>

It is not surprising that counsel, who has provided fraudulent certification to the Court and has no regrets for wonton lying to the Court, chooses to distort the truth.

Plaintiff provided a "Notice per Local Rule 16.1, Pansé et al v. Norman et al." by electronic mail on Oct. 24, 2005, an excerpt from which states,

-4-

I trust that you have received the Court's Order for a Conference on Nov. 3, 2005, to be attended by senior lawyers, for which Local Rule 16.1(C) requires me to make a settlement proposal. I regret that I am unable to make any settlement proposal at this time in view of the state's continued retaliation in violation of the laws and the Plaintiffs' damages mounting by the hour if not by the minute, and that there cannot be any settlement proposal until the Arbitrator's Order is fully implemented.

Furthermore, I am preparing a Motion to ask the Court to seek appellate review of some of the Court's rulings in the interest of avoiding a second trial for certain of the Plaintiffs' claims. Wherefore, please be advised that I am unable to prepare an agenda and a schedule per Local Rules 16.1(B)(1-2).

```
              Respectfully submitted,

              Chandrakant Panse, M.Sc., M.A., Ph.D.
```