FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS NOV - 1  P 12: 50

C.A. No. 04-CV-11658-RWZ
DISTRICT OF MASS.

| | | |
|---|---|---|
| C. S. PANSÉ, et al., | Plaintiffs | } |
| | | } |
| v. | | } |
| | | } |
| Lindsay NORMAN, et al., | Defendants | } |

## PLAINTIFFS' MOTION TO CERTIFY QUESTIONS
## FOR INTERLOCUTORY APPELLATE REVIEW

Pursuant to 28 U.S.C. § 1292(b), Plaintiffs respectfully move the Court to certify

Questions I-VI to the United States Court of Appeals for the First Circuit for immediate

interlocutory review, on the grounds that herein are controlling questions of law, there are

substantial grounds for differences of opinion between the law and this Court's findings of fact

and holdings in the Memorandum of Decision dated Sept. 16, 2005, and an immediate appellate

review of these questions will avoid wholesale retrial of Plaintiffs' claims and thus materially

advance the ultimate termination of the litigation.

Plaintiffs submit that they will propose shortly more Question to be certified, and assert

that they rush a partial list of Questions at this time only to demonstrate their inability, resulting

from uncertainty, to engage in a meaningful way in the Local Rule 16.1 Conference; the Court

may elect to consider herein and further Questions together in the interest of judicial economy.

In the alternative, Plaintiffs respectfully move that the Court reconsider and reverse each

of the dismissals of Plaintiffs' claims in said Memorandum of Decision.

In the alternative, pursuant Fed. R. Civ. Pro. 58(d), Plaintiffs respectfully move that the

Fed. R. Civ. Pro. 58(a)(1) Entry of Judgement be made promptly as to Defendants dismissed

entirely, viz., Board of Higher Education, Trustees of MBCC, Division of Unemployment

Assistance, and Governor Romney, in order that Plaintiffs may proceed to appeal forthwith.

Or, in the alternate, particularly in view of proposed Question II, Plaintiffs respectfully

move that the Court allow a Second Amended Complaint to clarify the claims.

Some proposed Questions, with some rationale, are set forth in attached Memorandum.

Respectfully submitted, Oct. 31, 2005,

Chandrakant S. Pansé, *pro se*
34 Frances Street
Newton Highlands, MA 02461-1608
Tel. 617-527-9283 / 617-967-8430
Email DrCP@rcn.com

Local Rule 7.1(A)(2) Statement: Plaintiff seeks leave from the pre-filing conference requirement
in view of what the Plaintiff has come to see as unduly belligerent, unprofessional and intolerable
conduct of Charles Wyzanski, *Esq.*, Asst. A.G., counsel for all Defendants, making reasonable
dialog impossible.

Chandrakant S. Pansé, Plaintiff

Certificate of Service: I hereby certify that I served a copy of the Motion and the Memorandum
herein by prepaid First Class Mail to Charles Wyzanski, *Esq.*, Asst. A.G., counsel for all
Defendants, to his address on record on  11/01/05

Chandrakant S. Pansé, Plaintiff