UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. 04-CV-11658

C. S. PANSÉ, *et al.*,   plaintiffs  }
                                     }
v.                                   }
                                     }
L. NORMAN, *et al.*,   defendants   }

PLAINTIFF'S AFFIDAVIT FOR MOTION FOR SANCTIONS

I, Chandrakant S. Pansé, residing at 34 Frances St., Newton Highlands, Massachusetts, state the following to be true to the best of my knowledge:

I served the attached Plaintiffs' Motion for Sanctions Pursuant to Fed. R. Civ. Proc. 11(c) on Charles Wyzanski, *Esq.*, Asst. A.G., counsel for all Defendants in the above captioned action, by electronic mail and by prepaid First Class Mail on Jan. 19, 2005. Mr. Wyzanski replied to me on the same day by electronic mail that "I have your Motion for Sanctions and have no intention of filing a written response within 21 days, or at any other time. So feel free to file your Motion now, if you see fit." Subsequent to this exhibition of disrespect for the Court, Mr. Wyzanski has never expressed any regrets, let alone remorse, for filing false Certification or for any other action described in the attached Motion for Sanctions.

Signed under the penalties of perjury, this 1st day of November, 2005.

Chandrakant S. Pansé, Plaintiff
34 Frances Street
Newton Highlands, MA 02461-1608
Tel. 617-527-9283 / 617-967-8430