UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11658-RWZ

C. S. PANSE, et al.

v.

LINDSAY NORMAN, et al.

ORDER

November 29, 2005

ZOBEL, D.J.

Plaintiffs have filed a number of motions seeking restraining orders and other relief. It appears that none were served on defendants, as is required by Rule 5 of the Federal Rules of Civil Procedure.

Plaintiffs shall serve on defendants all papers filed in court as required by Rule 5. Unless service is made in accordance with the Rule, the court should not and will not act on plaintiffs' motions.

|  |  |
|---|---|
| DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |