UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. 04-CV-11658-RWZ

| | | |
|---|---|---|
| C. S. PANSÉ, et al., | Plaintiffs | } |
| v. | | } |
| Lindsay NORMAN, et al., | Defendants | } |

PLAINTIFFS' NOTICE OF APPEAL
FROM INTERLOCUTORY DECISION OF DENIAL/MODIFICATION OF INJUNCTION

Pursuant to 28 U.S.C. § 1292(a)(1) (providing jurisdiction to courts of appeals from a district court refusing or modifying injunctions,) Plaintiffs hereby appeal to the United States Court of Appeals for the First Circuit from this Court's decision of refusal to act on their Motion for Restraining Order/Preliminary Injunction, or refusal to act in a timely manner, constituting a *de facto* denial of injunctive relief sought, or a modification of the Restraining Order/ Preliminary Injunction sought by significant alteration of its time frame.

Respectfully submitted, Dec. 5, 2005,

Chandrakant S. Pansé
34 Frances Street
Newton Highlands, MA 02461-1608
Tel. 617-527-9283
Email DrCP@rcn.com