UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-11658-RWZ

Chandrakant S. PANSÉ, et al.,        plaintiffs  }
                                                 }
v.                                               }
                                                 }
Lindsay Norman, et al.,              defendants  }

PLAINTIFFS-APPELLANTS' CERTIFICATION
OF NO ORDER OF TRANSCRIPT ON APPEAL

Pursuant to Fed. R. App. Proc. 10(b)(B), Plaintiffs-Appellants hereby certify that no transcript will be ordered in view of Appeals Court for the First Circuit Local Rule 10(d).

Respectfully submitted, December 19, 2005,

Chandrakant S. Pansé
34 Frances Street
Newton Highlands, MA 02461-1608
Tel. 617-527-9283
E-mail  DrCP@rcn.com

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above by mailing First Class on 12/19/05 to Charles Wyzanski, *Esq.*, Assist. Atty. Gen., One Ashburton Place, Boston, MA 02108-1598.

Chandrakant S. Pansé, Plaintiff-Appellant

Chandrakant Pansé, *M.Sc., M.A., Ph.D.*
34 Frances Street
Newton Highlands, MA 02461-1608
Tel./Facsimile 617-527-9283

DrCP@rcn.com                                                                                                   DrUCP@rcn.com

December 19, 2005

Mr. Jay Johnson, Docket Clerk                                                                                  By hand
United States District Court, District of Massachusetts
Boston, MA 02210

Re:  Pansé et al. v. Norman et al., C. A. No. 04-CV-11658-RWZ

Dear Mr. Johnson,

    Kindly note that I have filed a Notice of Appeal pursuant to 28 U.S.C. § 1292(a)(1) (providing jurisdiction to the Courts of Appeals from a District Court refusing or modifying an injunction.)

    Pursuant to the Appeals Court Local Rule 11(a), I wish to offer my assistance in completion and forwarding of the Record in the District Court to the Clerk of the Court of Appeals for the First Circuit.

    Please note that I have filed a Certificate of No Order of Transcript. Therefore, the Record consists of only a copy of the Docket, Amended Complaint, Motions and one Opposition with Memoranda filed by the parties, a Memorandum of Decision by the Court, and the Court's Order of Nov. 29, 2005.

    I shall call you tomorrow (Tuesday) afternoon to follow up.

Thank you for your attention to this matter.

Very truly yours,

C. S. Pansé

cc  Charles Wyzanski, *Esq.*, Asst. A.G.