**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USCA Docket Number:

USDC Docket Number : 04-cv-11658

C.S. Panse, et al

v.

Linday Norman, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/6/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 21, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/21/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11658-RWZ

Panse et al v. Norman et al
Assigned to: Judge Rya W. Zobel
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 08/02/2004
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Chandrakant S. Panse**     represented by **Chandrakant S. Panse**
34 Frances Street
Newton Highlands, MA 02461-1608
PRO SE

**Plaintiff**

**Anjali Panse**
*a minor, through her father & Best friend Chandrakant*

**Plaintiff**

**Mihir Panse**
*a minor, through his father & Best Friend Chandrakant Panse*

**Plaintiff**

**Ravi Panse**
*a minor, through his father & Best Friend Chandrakant Panse*

V.

**Defendant**

**Lindsay Norman**
*personally and as President, Massachusetts Bay Community College (MBCC)*
    represented by **Charles M. Wyzanski**
Attorney General's Office
One Ashburton Place
Boston, MA 02114
617-727-2200
Fax: 617-727-3076
Email: charles.wyzanski@ago.state.ma.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paula Gastenveld**
*personally and as Vice President of*
    represented by **Charles M. Wyzanski**
(See above for address)

MBCC     *ATTORNEY TO BE NOTICED*

**Defendant**

**Laurie Taylor**     represented by **Charles M. Wyzanski**
*personally and as employee of MBCC*     (See above for address)
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Ghazi Darkazalli**     represented by **Charles M. Wyzanski**
*personally and as Dean, Science &*     (See above for address)
*Technology (MBCC)*     *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Sebbagh**     represented by **Charles M. Wyzanski**
*personally and as Associate Dean of*     (See above for address)
*MBCC*     *ATTORNEY TO BE NOTICED*

**Defendant**

**Trustees of Massachuetts bay**     represented by **Charles M. Wyzanski**
**Community College**     (See above for address)
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Judith I. Gill**     represented by **Charles M. Wyzanski**
*Chancellor of Higher Education of*     (See above for address)
*Mass.*     *ATTORNEY TO BE NOTICED*

**Defendant**

**Peter H. Tsaffaras**     represented by **Charles M. Wyzanski**
*personally and as Assoc. Vice*     (See above for address)
*Chancellor of Higher Ed.*     *ATTORNEY TO BE NOTICED*

**Defendant**

**Board of Higher Education,**     represented by **Charles M. Wyzanski**
**Commonwealth of Massachusetts**     (See above for address)
    *ATTORNEY TO BE NOTICED*

**Defendant**

**John A. King**     represented by **Charles M. Wyzanski**
*Commissioner, Div. of Unemployment*     (See above for address)
*Assistance, Mass.*     *ATTORNEY TO BE NOTICED*

**Defendant**

**Mitt Romney**     represented by **Charles M. Wyzanski**
*Governor, Commonwealth of*     (See above for address)
*Massachusetts*     *ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Forbes**     represented by **Charles M. Wyzanski**

*Chair, Board of Trustees*            (See above for address)
           *ATTORNEY TO BE NOTICED*

**Defendant**

Stephen P. Tocco        represented by **Charles M. Wyzanski**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

**Defendant**

Commissioner, Division of Unemployment Assitance        represented by **Charles M. Wyzanski**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 57551, filed by Anjali Panse, Chandrakant S. Panse, Mihir Panse and Ravi Panse.(Barrette, Mark) (Entered: 08/02/2004) |
| 08/02/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Barrette, Mark) (Entered: 08/02/2004) |
| 08/02/2004 |  | Summons Issued as to Board of Higher Education, Commonwealth of Massachusetts, Ghazi Darkazalli, Paula Gastenveld, Judith I. Gill, John A. King, Mitt Romney, Lindsay Norman, Thomas Sebbagh, Laurie Taylor, Trustees of Massachuetts bay Community College and Peter H. Tsaffaras. (Barrette, Mark) (Entered: 08/02/2004) |
| 11/22/2004 | 2 | MOTION for Extension of 60 days to make service by Anjali Panse, Chandrakant S. Panse, Mihir Panse, Ravi Panse.(Johnson, Jay) (Entered: 11/29/2004) |
| 12/03/2004 | 3 | WAIVER OF SERVICE Returned Executed Paula Gastenveld waiver sent on 11/2/2004, answer due 1/3/2005. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 4 | SUMMONS Returned Executed Lindsay Norman served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 5 | SUMMONS Returned Executed Laurie Taylor served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 6 | SUMMONS Returned Executed Ghazi Darkazalli served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 7 | SUMMONS Returned Executed Thomas Sebbagh served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 8 | SUMMONS Returned Executed Richard Forbes served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |

| | | |
|---|---|---|
| 12/03/2004 | 9 | SUMMONS Returned Executed Judith I. Gill served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 10 | SUMMONS Returned Executed Peter H. Tsaffaras served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 11 | SUMMONS Returned Executed Stephen P. Tocco served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 12 | SUMMONS Returned Executed Commissioner, Division of Unemployment Assitance served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 13 | SUMMONS Returned Executed Mitt Romney served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/06/2004 |  | Judge Rya W. Zobel : Electronic ORDER entered granting 2 Motion for Extension of Time for 60 days to make service No more extensions. (Urso, Lisa) (Entered: 12/06/2004) |
| 12/20/2004 | 14 | MOTION to Amend 1 Complaint by Anjali Panse, Chandrakant S. Panse, Mihir Panse, Ravi Panse.(Johnson, Jay) (Entered: 12/28/2004) |
| 01/06/2005 | 15 | MOTION for Summary Judgment by Thomas Sebbagh, Trustees of Massachuetts bay Community College, Judith I. Gill, Peter H. Tsaffaras, Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney, Richard Forbes, Stephen P. Tocco, Commissioner, Division of Unemployment Assitance, Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli.(Wyzanski, Charles) (Entered: 01/06/2005) |
| 01/06/2005 | 16 | MEMORANDUM in Support re 15 MOTION for Summary Judgment filed by Thomas Sebbagh, Trustees of Massachuetts bay Community College, Judith I. Gill, Peter H. Tsaffaras, Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney, Richard Forbes, Stephen P. Tocco, Commissioner, Division of Unemployment Assitance, Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli. (Wyzanski, Charles) (Entered: 01/06/2005) |
| 01/06/2005 | 17 | AFFIDAVIT of Laurie Taylor in Support #15 motion for summary judgment . (Wyzanski, Charles) Modified on 1/7/2005 (Johnson, Jay). (Entered: 01/06/2005) |
| 01/06/2005 | 18 | CERTIFICATE OF CONSULTATION re 15 MOTION for Summary Judgment, 16 Memorandum in Support of Motion, by Charles M. Wyzanski on behalf of Thomas Sebbagh, Trustees of Massachuetts bay Community College, Judith I. Gill, Peter H. Tsaffaras, Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney, Richard Forbes, Stephen P. Tocco, Commissioner, Division of Unemployment Assitance, Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli. (Wyzanski, Charles) (Entered: 01/06/2005) |
| 01/06/2005 | 19 | EXHIBIT re 15 MOTION for Summary Judgment, 16 Memorandum in Support of Motion, by Thomas Sebbagh, Trustees of Massachuetts bay |

|  |  |  |
|---|---|---|
|  |  | Community College, Judith I. Gill, Peter H. Tsaffaras, Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney, Richard Forbes, Stephen P. Tocco, Commissioner, Division of Unemployment Assitance, Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli. (Attachments: # 1 Exhibit A-C)(Wyzanski, Charles) (Entered: 01/06/2005) |
| 01/11/2005 |  | Judge Rya W. Zobel : endorsedORDER entered granting 14 Motion to Amend complaint (Urso, Lisa) (Entered: 01/13/2005) |
| 01/11/2005 | 21 | AMENDED COMPLAINT against all defendants, filed by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse.(Urso, Lisa) (Entered: 01/19/2005) |
| 01/13/2005 | 20 | EXHIBITS A-C re 19 Exhibit, by Thomas Sebbagh, Trustees of Massachuetts bay Community College, Judith I. Gill, Peter H. Tsaffaras, Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney, Richard Forbes, Stephen P. Tocco, Commissioner, Division of Unemployment Assitance, Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli. (Johnson, Jay) (Entered: 01/19/2005) |
| 01/20/2005 | 22 | (Consented to) MOTION for Extension of Time to 2/14/05 to file opposition to defendants motion to dismiss by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse.(Johnson, Jay) (Entered: 01/25/2005) |
| 01/20/2005 | 23 | Letter/request (non-motion) from C.S.Panse regarding service of process. (Johnson, Jay) (Entered: 01/25/2005) |
| 01/31/2005 |  | Judge Rya W. Zobel : electronicORDER entered granting 22 Motion for Extension of Time to 2/14/05 (Urso, Lisa) (Entered: 01/31/2005) |
| 02/14/2005 | 24 | Opposition re 15 MOTION for Summary Judgment filed by Chandrakant S. Panse, Mihir Panse, Ravi Panse. (Johnson, Jay) (Entered: 02/16/2005) |
| 02/14/2005 | 25 | MEMORANDUM OF LAW by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse to 24 Opposition to Motion. (Johnson, Jay) (Entered: 02/16/2005) |
| 02/14/2005 | 26 | AFFIDAVIT re 24 Opposition to Motion by Chandrakant S. Panse. (Johnson, Jay) (Entered: 02/16/2005) |
| 06/29/2005 | 27 | WAIVER OF SERVICE Returned Executed Trustees of Massachuetts bay Community College waiver sent on 12/18/2004, answer due 2/16/2005. (Bell, Marie) (Entered: 06/30/2005) |
| 06/29/2005 | 28 | SUMMONS Returned Executed Lindsay Norman served on 1/19/2005, answer due 2/8/2005. (Bell, Marie) (Entered: 06/30/2005) |
| 06/29/2005 | 29 | WAIVER OF SERVICE Returned Executed Judith I. Gill waiver sent on 12/8/2004, answer due 2/7/2005. (Bell, Marie) (Entered: 06/30/2005) |
| 09/16/2005 | 30 | Judge Rya W. Zobel : Memorandum of DecisionORDER entered |

| | | |
|---|---|---|
| | | granting in part and denying in part 15 Motion for Summary Judgment. Accordingly, defendants' motion for dismissal and/or summary judgment (#15 on the docket) is allowed except as to Count III. (Urso, Lisa) (Entered: 09/19/2005) |
| 09/19/2005 | 31 | NOTICE of Scheduling Conference Scheduling Conference set for 11/3/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 09/19/2005) |
| 10/27/2005 | 32 | STATEMENT OF COUNSEL *Defendants' Local Rule 16.1(D) Statement* by Thomas Sebbagh, Trustees of Massachuetts bay Community College, Judith I. Gill, Peter H. Tsaffaras, Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney, Richard Forbes, Stephen P. Tocco, Commissioner, Division of Unemployment Assitance, Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli. (Wyzanski, Charles) (Entered: 10/27/2005) |
| 11/01/2005 | 33 | MOTION to Certify Questions for Interlocutory Appellate Review by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse.(Johnson, Jay) (Entered: 11/02/2005) |
| 11/01/2005 | 34 | MEMORANDUM in Support re 33 MOTION to Certify Questions for Interlocutory Appellate Review filed by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse. (Johnson, Jay) (Entered: 11/02/2005) |
| 11/01/2005 | 35 | MOTION for Sanctions by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse.(Johnson, Jay) (Entered: 11/02/2005) |
| 11/01/2005 | 36 | AFFIDAVIT re 35 MOTION for Sanctions by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse. (Johnson, Jay) (Entered: 11/02/2005) |
| 11/03/2005 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 11/3/2005. Discovery due by 6/30/2006. Pretrial Conference set for 7/12/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 11/03/2005) |
| 11/28/2005 | 37 | MOTION for Preliminary Injunction to enjoin defendants from withholding pay and health insurance by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse.(Johnson, Jay) (Entered: 11/29/2005) |
| 11/28/2005 | 38 | MEMORANDUM in Support re 37 MOTION for Preliminary Injunction filed by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse. (Johnson, Jay) (Entered: 11/29/2005) |
| 11/29/2005 | 39 | Judge Rya W. Zobel : ORDER entered. Plaintiff shall serve defendants with all papers as required by Rule 5.(Urso, Lisa) (Entered: 11/30/2005) |
| 12/06/2005 | 40 | NOTICE OF APPEAL from interlocutory decision of denial/modification of injunction by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at |

|  |  |  |
|---|---|---|
|  |  | http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/27/2005. (Johnson, Jay) (Entered: 12/07/2005) |
| 12/12/2005 | ○ | Filing fee: $ 255, receipt number 68836 regarding Notice of Appeal (Johnson, Jay) (Entered: 12/13/2005) |
| 12/19/2005 | 41 | NOTICE of Certification of No Order of Transcript on Appeal by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse (Johnson, Jay) (Entered: 12/20/2005) |