## CERTIFICATE OF SERVICE

I, Charles M. Wyzanski, Assistant Attorney General, hereby certify that a true copy of Defendant's Motion to Quash Plaintiff's Deposition Subpoena of Governor Mitt Romney, was served upon the plaintiff, pro se by mail on June 15, 2006.

**Chandrakant S. Panse**
**34 Frances Street**
**Newton Highlands, MA  02461-1608**


**/s/ Charles M. Wyzanski**
**Charles M. Wyzanski**