UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. 04-CV-11658

| | | |
|---|---|---|
| C. S. PANSÉ, et al., | plaintiffs | } |
| | | } |
| v. | | } |
| | | } |
| L. NORMAN, et al., | defendants | } |

PLAINTIFF'S OPPOSITION TO DEFENDANT GOVERNOR ROMNEY'S MOTION TO QUASH DEPOSITION SUBPOENA
AND
PLAINTIFF'S MOTION TO COMPEL ANSWERS INTERROGATORIES

The undersigned Plaintiff, Chandrakant Pansé, hereby opposes the Defendant Governor's Motion to Quash Deposition Subpoena, and moves that the Defendant be compelled to answer Interrogatories propounded to this Defendant.

Plaintiff notes that the Defendant failed to follow Local Rule 7.2 as well as Fed. R. Civ. Proc. 26(c) requirements to confer with the Plaintiff to before filing his Motion. Further grounds for this motion are set forth in the accompanying Memorandum.

Wherefore, Pansé requests that his Motion be allowed[1].

Respectfully submitted,

Chandrakant Pansé
34 Frances Street
Newton Highlands, MA 02461-1608
Home Tel. 617-527-9283
DrCP@rcn.com

---

[1] Pansé has notified counsel for the Defendants, Charles Wyzanski, Esq., Asst. Atty. Gen., that the intended deposition of the Governor stands postponed, to be rescheduled, pending disposition of the counsel's Motion to Quash.

LOCAL RULE 7.1(A)(2) AND FED. R. CIV. PROC. 37(a)(2)(A)/(B) CERTIFICATE

Plaintiff certifies under the penalties of perjury that he called and conferred to no avail with Charles Wyzanski, *Esq.*, Asst. A.G., Counsel for Defendants, on 5-22-2006 regarding the Motion to Compel Answers to Interrogatories herein.

Chandrakant S. Pansé

Certificate of Service

I hereby certify that I mailed a copy of the Motion to Compel hereinabove with the accompanying Memorandum on 6-20-2006 by prepaid First Class Mail to Charles Wyzanski, *Esq.*, Asst. Atty. Gen., One Ashburton Place, 18th Fl., Boston, MA 02108, tel. 617-727-2200 ext. 2593.

Chandrakant Pansé