CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

No. 06-1056

CHANDRAKANT S. PANSE, ET AL.,

Plaintiffs, Appellants,

v.

LINDSAY NORMAN, ET AL.,

Defendants, Appellees.

STEPHEN P. TOCCO,

Defendant.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: July 11, 2006

The day after plaintiff filed a motion for preliminary injunction, the district court issued a brief order stating that it appeared that plaintiff had not served defendants in accordance with Fed. R. Civ. P. 5 and that the court would not act on requests for injunctive relief until proper service had been accomplished. November 29, 2005 order. Seven days later, plaintiff filed the present interlocutory appeal. He now claims that he did properly serve defendants and that the district court's November 29 order therefore is a constructive denial of injunctive relief immediately appealable under 28 U.S.C. § 1292(a)(1). We disagree. Regardless whether the district court was right or wrong about service — a matter we do not decide — the district court's action does not constitute a constructive denial. If the district court was mistaken about lack of service, then plaintiff should have clearly

and concisely pointed out the mistake to the district court and asked that the preliminary injunction motion be addressed.

As we perceive no constructive denial of injunctive relief on the record before us, the appeal is dismissed for lack of jurisdiction.

We note, however, that plaintiff claims to have delivered to the district court, on December 1, 2005, a "Motion for Acknowledgment of Service" in which he explained that he had properly served defendants and asked the court to act on the preliminary injunction motion. This motion does not appear on the district court docket. The clerk will transmit a copy of this motion to the district court for docketing, and we assume that once it is docketed, the district court will assess whether service was properly accomplished and turn to the preliminary injunction motion if there are no service deficiencies.

<u>Dismissed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
    Operations Manager.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 7-11-6

[Cert. cc: Hon. Rya W. Zobel and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Panse and Wyzanski]