UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
                                   )
**CHANDRAKANT S. PANSE et al.,**   )
                                   )
    **Plaintiffs,**            )
                                   )   C.A. No. 04-CV-11658-RWZ
**v.**                             )
                                   )
**LINDSAY NORMAN, et al.,**        )
                                   )
    **Defendants.**            )
_____)

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW come the defendants LINDSAY NORMAN, PAULA GASTENVELD, LAURIE TAYLOR, GHAZI DARKAZALLI, THOMAS SABBAGH, the MBCC BOARD OF TRUSTEES, JUDITH I. GILL, PETER H. TSAFFARAS, the MASSACHUSETTS BOARD OF HIGHER EDUCATION, JOHN A. KING, MITT ROMNEY, ANDREW SCIBELLI, and HAIDEE MORRIS in their individual and official capacities, and move, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, for summary judgment in their favor.

Plaintiff CHANDRAKANT S. PANSÉ ("Pansé") has brought this 42 U.S.C. §§ 1983 and 1988 pro se action seeking damages for the August 2002 termination of his employment at the College and its consequences.

Pansé alleges in the only remaining count of his Amended Complaint that the defendants denied him his

-2-

procedural and substantive due process rights and freedom of speech under both the United States and Massachusetts Constitutions.

As fully set forth in the accompanying Memorandum of Law, the defendants are entitled to summary judgment as a matter of law because Pansé received all procedural process that was his due, he was not subjected to any violation of substantive due process but at most mere legal error, and his speech was not about a matter of public concern nor was it a substantial or motivating factor in the termination of his employment.  Moreover, even if Pansé had suffered constitutional error, the defendants would be protected by qualified immunity because such error would not have been apparent to reasonable officials in the specific circumstances of this case.

-3-

LINDSAY NORMAN, PAULA GASTENVELD, LAURIE TAYLOR, GHAZI DARKAZALLI, THOMAS SABBAGH, the MBCC BOARD OF TRUSTEES, JUDITH I. GILL, PETER H. TSAFFARAS, the MASSACHUSETTS BOARD OF HIGHER EDUCATION, JOHN A. KING, MITT ROMNEY, ANDREW SCIBELLI, and HAIDEE MORRIS, , in their individual and official capacities,

By their Attorney,

THOMAS F. REILLY

ATTORNEY GENERAL


/s/Charles M. Wyzanski_____
Charles M. Wyzanski
BBO # 536040
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
617-727-2200



CERTIFICATE OF SERVICE

I, Charles M. Wyzanski, Assistant Attorney General, hereby certify that a true copy of Defendant's Motion for Summary Judgment and Memorandum in Support, was served upon the plaintiff, pro se, by mail on October 27, 2006.

Chandrakant S. Panse
34 Frances Street
Newton Highlands, MA  02461-1608


/s/ Charles M. Wyzanski
Charles M. Wyzanski