UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
CHANDRAKANT S. PANSE et al.,        )
                                    )
    Plaintiffs,                     )
                                    )   C.A. No. 04-CV-11658-RWZ
v.                                  )
                                    )
LINDSAY NORMAN, et al.,             )
                                    )
    Defendants.                     )
_____)

## DEFENDANTS' REQUEST FOR LEAVE TO AMEND THEIR MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT

NOW come the defendants and request that they be allowed to amend Defendants' Memorandum Of Law In Support Of Summary Judgment which was e-filed four days ago on October 27, 2006. Counsel for defendants in reviewing the Memorandum realized that an earlier version had been e-filed by mistake rather than the one intended. The one intended, herewith attached, is only different in some of its phrasing at pages 18-22 and cites no additional authorities. Accordingly, plaintiff will not be prejudiced.

LINDSAY NORMAN, PAULA GASTENVELD, LAURIE TAYLOR, GHAZI DARKAZALLI, THOMAS SABBAGH, the MBCC BOARD OF TRUSTEES, JUDITH I. GILL, PETER H. TSAFFARAS, the MASSACHUSETTS BOARD OF HIGHER EDUCATION, JOHN A. KING, MITT ROMNEY, ANDREW SCIBELLI, and HAIDEE MORRIS, , in their individual and official capacities,

By their Attorney,

THOMAS F. REILLY

ATTORNEY GENERAL


/s/Charles M. Wyzanski_____
Charles M. Wyzanski
BBO # 536040
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
617-727-2200


CERTIFICATE OF SERVICE

I, Charles M. Wyzanski, Assistant Attorney General, hereby certify that a true copy of Defendant's Motion for Summary Judgment and Memorandum in Support, was served upon the plaintiff, pro se, by mail on October 31, 2006.

Chandrakant S. Panse
34 Frances Street
Newton Highlands, MA  02461-1608


/s/ Charles M. Wyzanski
Charles M. Wyzanski