UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. 04-CV-11658-RWZ

| | | |
|---|---|---|
| C. S. PANSÉ, *et al.*, | plaintiffs | } |
| | | } |
| v. | | } |
| | | } |
| L. NORMAN, *et al.*, | defendants | } |

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs respectfully request that this Court, in the interest of justice, and in the interest of judicial economy, rule on the Plaintiffs' motion for this Court (Zobel, J.) to strike and recuse prior to considering the Defendants' motion for summary judgment.

Plaintiffs oppose[1] the Defendants' motion for summary judgment on the ground that the Defendants, having conducted no discovery whatsoever, have absolutely nothing new to plead and essentially resubmit the very arguments, some deliberately misleading, already rejected by this Court in the Order dated 9-15-2005. Thus, the Defendants merely challenge the established theory of the case without any further facts, or new law, for a rationale, and no further ruling in favor of the Defendants can be granted as a matter of law.

---

[1] The Court had directed the Defendants to file their motion for summary judgment by October 27, 2006, and opposition on November 10, 2006. Court Order dated July 14, 2006. However, the courthouse was closed on November 10, 2006 on account of the Veterans Day.

Further, the Defendants' motion was not served until October 28, 2006, followed by service of an amended motion on November 1, 2006. Plaintiffs 14 days to oppose, i.e., until November 15, 2006. Local Rule 7.1(B)(2). Plaintiffs give up their rights pursuant to said Rule, however, believing that an argument for their rights would be merely an exercise in futility. *See*, Plaintiffs' motion to strike and recuse.

Further grounds for the Plaintiffs' opposition are outlined in the attached Memorandum.

Wherefor, the Defendant's Motion for summary judgment is entirely without merit and should be denied.

Respectfully submitted,

Chandrakant S. Pansé, *pro se*
34 Frances St.,
Newton Highlands, MA 02461-1608
Tel. 617-527-9283
E-mail DrCP@rcn.com

## CERTIFICATE OF SERVICE

I hereby certify that on 11/13/05 I served a copy of each of the opposition, memorandum in support and Affidavit herein by prepaid First Class Mail as well as electronic transmittal to Charles Wyzanski, *Esq.*, Asst. A.G., counsel for Defendants.

Chandrakant S. Pansé, Plaintiff