UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CHANDRAKANT S. PANSE**
   **Plaintiff**

  **V.**

**LINDSAY NORMAN ET AL**
   **Defendant**

CIVIL ACTION

NO. 04CV11658-RWZ

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the MEMORANDUM OF DECISION entered on 7/26/07;

Judgment is entered for DEFENDANTS.

               By the Court,

**7/27/07**              s/ Lisa A. Urso
Date                Deputy Clerk