UNITED STATES DISTRICT COURT    FILED
DISTRICT OF MASSACHUSETTS IN CLERKS OFFICE

Civ. No. 04-CV-11658-RWZ

2007 AUG 23 P 3: 34

U. S. COURT OF APPEALS FOR THE
FIRST CIRCUIT Docket No. 06-1056

U.S. DISTRICT COURT
DISTRICT OF MASS.

Chandrakant S. PANSÉ,                                                                }
&                                                                                       }
Anjali C. PANSÉ,                                                                        }
&                                                                                       }
M. Pansé, a minor, through his father & Best Friend Chandrakant Pansé,                  }
&                                                                                       }    Plaintiffs'
R. Pansé, a minor, through his father & Best Friend Chandrakant Pansé,  plaintiffs }
                                                                                        }    NOTICE
                                                                                        }
                                                                                        }
v.                                                                                      }    OF
                                                                                        }
                                                                                        }
                                                                                        }    APPEAL
                                                                                        }
Lindsay NORMAN, personally and as President,                                            }
   Massachusetts Bay Community College, ("MBCC"),                                       }
&                                                                                       }
Paula GASTENVELD, personally and as Vice President, MBCC,                               }
&                                                                                       }
Laurie TAYLOR, personally and as employee of MBCC,                                      }
&                                                                                       }
Ghazi DARKAZALLI, personally and as Dean, Science & Technology, MBCC,                   }
&                                                                                       }
Thomas SABBAGH, personally and as Assoc. Dean, MBCC,                                    }
&                                                                                       }
Board of TRUSTEES, MBCC,                                                                }
&                                                                                       }
Judith I. GILL, personally and as Chancellor of Higher Education of Mass.               }
&                                                                                       }
Peter H. TSAFFARAS, personally and as Assoc. Vice Chancellor of Higher Ed.              }
&                                                                                       }
Board of Higher Education (BHE), Commonwealth of Massachusetts,                         }
&                                                                                       }
John A. KING, Commissioner, Div. of Unemployment Assistance, Mass.,                     }
&                                                                                       }
Mitt ROMNEY, personally and as Governor of Massachusetts,                               }
&                                                                                       }
Andrew SCIBELLI, personally and as Interim President, MBCC,                             }
&                                                                                       }
Haidee A. MORRIS, personally and as Community College Counsel,    defendants}

Pursuant to Fed. R. App. Proc. 3(a)(1), in the above captioned action, Plaintiffs serve

Notice that they appeal to the United States Court of Appeals for the First Circuit from

(i) the Memorandum of Decision of this United States District Court, dated July 26, 2007, and

entered July 27, 2007, granting motion for summary judgment by each of the Defendants

Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli, Thomas Sabbagh, Judith I.

Gill, Peter H. Tsaffaras, Mitt Romney, Andrew Scibelli, and Haidee A. Morris, and from

(ii) the Memorandum of Decision dated and entered Sept. 16, 2005, granting motion to dismiss by

each of the Defendants above and John A. King, Richard Forbes, Stephen P. Tocco, Board of

Trustees of MBCC and Board of Higher Education of the Commonwealth of Massachusetts,

and appeal from all findings and holdings of the Court therein.

Pursuant to Fed. R. App. Proc. 3(c)(2), Plaintiff Chandrakant Pansé claims this Appeal on

behalf of himself and on behalf of his minor sons M. and R.

Further, pursuant to Fed. R. App. Proc. 3(b)(1), Plaintiffs elect to proceed on the appeal

herein as a single appellant Chandrakant Pansé, this appeal being claimed by all Plaintiffs.

Plaintiff Anjali Pansé, who was a minor at the time of filing of this action, has been an

adult since May 2006.

Respectfully submitted,

Chandrakant S. Pansé & Anjali C. Pansé
34 Frances Street
Newton Highlands, MA 02461-1608
Tel. mobile 617-967-8430
    office 781-239-2272
Email ThePanses@yahoo.com,
    DrPanse@massbay.edu

## CERTIFICATE OF SERVICE

I, Chandrakant Pansé, hereby certify that I served the Plaintiffs' Notice of Appeal, and a copy of this Certificate, by prepaid First Class mail on 8/23/2007 on Charles Wyzanski, *Esq.*, Asst. A. G., The Commonwealth of Massachusetts, One Ashburton Place, Boston, MA 02108-1598 for all the Defendants.

Chandrakant S. Pansé, Plaintiff