APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11658-RWZ

Panse et al v. Norman et al
Assigned to: Judge Rya W. Zobel
Case in other court: First Circuit, 06-01056
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 08/02/2004
Date Terminated: 07/27/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Chandrakant S. Panse**     represented by **Chandrakant S. Panse**
34 Frances Street
Newton Highlands, MA 02461-1608
PRO SE

**Plaintiff**

**Anjali Panse**
*a minor, through her father & Best friend Chandrakant*

**Plaintiff**

**Mihir Panse**
*a minor, through his father & Best Friend Chandrakant Panse*

**Plaintiff**

**Ravi Panse**
*a minor, through his father & Best Friend Chandrakant Panse*

V.

**Defendant**

**Lindsay Norman**     represented by **Charles M. Wyzanski**
*personally and as President, Massachusetts Bay Community College (MBCC)*
Attorney General's Office
One Ashburton Place
Boston, MA 02108
617-727-2200
Fax: 617-727-3076
Email: charles.wyzanski@ago.state.ma.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paula Gastenveld**     represented by **Charles M. Wyzanski**

*personally and as Vice President of MBCC*

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laurie Taylor**
*personally and as employee of MBCC*

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ghazi Darkazalli**
*personally and as Dean, Science & Technology (MBCC)*

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Sebbagh**
*personally and as Associate Dean of MBCC*

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trustees of Massachuetts bay Community College**

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Judith I. Gill**
*Chancellor of Higher Education of Mass.*

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peter H. Tsaffaras**
*personally and as Assoc. Vice Chancellor of Higher Ed.*

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Board of Higher Education, Commonwealth of Massachusetts**

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John A. King**
*Commissioner, Div. of Unemployment Assistance, Mass.*

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mitt Romney**
*Governor, Commonwealth of Massachusetts*

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Forbes**
*Chair, Board of Trustees*

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen P. Tocco**

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commissioner, Division of Unemployment Assitance**

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 57551, filed by Anjali Panse, Chandrakant S. Panse, Mihir Panse and Ravi Panse.(Barrette, Mark) (Entered: 08/02/2004) |
| 08/02/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Barrette, Mark) (Entered: 08/02/2004) |
| 08/02/2004 |  | Summons Issued as to Board of Higher Education, Commonwealth of Massachusetts, Ghazi Darkazalli, Paula Gastenveld, Judith I. Gill, John A. King, Mitt Romney, Lindsay Norman, Thomas Sebbagh, Laurie Taylor, Trustees of Massachusetts bay Community College and Peter H. Tsaffaras. (Barrette, Mark) (Entered: 08/02/2004) |
| 11/22/2004 | 2 | MOTION for Extension of 60 days to make service by Anjali Panse, Chandrakant S. Panse, Mihir Panse, Ravi Panse.(Johnson, Jay) (Entered: 11/29/2004) |
| 12/03/2004 | 3 | WAIVER OF SERVICE Returned Executed Paula Gastenveld waiver sent on 11/2/2004, answer due 1/3/2005. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 4 | SUMMONS Returned Executed Lindsay Norman served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 5 | SUMMONS Returned Executed Laurie Taylor served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 6 | SUMMONS Returned Executed Ghazi Darkazalli served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 7 | SUMMONS Returned Executed Thomas Sebbagh served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 8 | SUMMONS Returned Executed Richard Forbes served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |

| | | |
|---|---|---|
| 12/03/2004 | 9 | SUMMONS Returned Executed Judith I. Gill served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 10 | SUMMONS Returned Executed Peter H. Tsaffaras served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 11 | SUMMONS Returned Executed Stephen P. Tocco served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 12 | SUMMONS Returned Executed Commissioner, Division of Unemployment Assitance served on 11/2/2004, answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/03/2004 | 13 | SUMMONS Returned Executed Mitt Romney served on 11/2/2004. answer due 11/22/2004. (Johnson, Jay) (Entered: 12/07/2004) |
| 12/06/2004 | | Judge Rya W. Zobel : Electronic ORDER entered granting 2 Motion for Extension of Time for 60 days to make service No more extensions. (Urso. Lisa) (Entered: 12/06/2004) |
| 12/20/2004 | 14 | MOTION to Amend 1 Complaint by Anjali Panse, Chandrakant S. Panse, Mihir Panse, Ravi Panse.(Johnson, Jay) (Entered: 12/28/2004) |
| 01/06/2005 | 15 | MOTION for Summary Judgment by Thomas Sebbagh, Trustees of Massachuetts bay Community College, Judith I. Gill, Peter H. Tsaffaras. Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney, Richard Forbes, Stephen P. Tocco. Commissioner, Division of Unemployment Assitance, Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli.(Wyzanski, Charles) (Entered: 01/06/2005) |
| 01/06/2005 | 16 | MEMORANDUM in Support re 15 MOTION for Summary Judgment filed by Thomas Sebbagh, Trustees of Massachuetts bay Community College, Judith I. Gill, Peter H. Tsaffaras, Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney. Richard Forbes, Stephen P. Tocco, Commissioner. Division of Unemployment Assitance. Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli. (Wyzanski, Charles) (Entered: 01/06/2005) |
| 01/06/2005 | 17 | AFFIDAVIT of Laurie Taylor in Support #15 motion for summary judgment . (Wyzanski. Charles) Modified on 1/7/2005 (Johnson, Jay). (Entered: 01/06/2005) |
| 01/06/2005 | 18 | CERTIFICATE OF CONSULTATION re 15 MOTION for Summary Judgment, 16 Memorandum in Support of Motion, by Charles M. Wyzanski on behalf of Thomas Sebbagh, Trustees of Massachuetts bay Community College, Judith I. Gill, Peter H. Tsaffaras, Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney. Richard Forbes, Stephen P. Tocco. Commissioner. Division of Unemployment Assitance, Lindsay Norman, Paula Gastenveld. Laurie Taylor, Ghazi Darkazalli. (Wyzanski, Charles) (Entered: 01/06/2005) |
| 01/06/2005 | 19 | EXHIBIT re 15 MOTION for Summary Judgment, 16 Memorandum in Support of Motion, by Thomas Sebbagh. Trustees of Massachusetts bay |

| | | |
|---|---|---|
| | | Community College, Judith I. Gill, Peter H. Tsaffaras, Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney, Richard Forbes, Stephen P. Tocco, Commissioner, Division of Unemployment Assitance, Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli. (Attachments: # 1 Exhibit A-C)(Wyzanski, Charles) (Entered: 01/06/2005) |
| 01/11/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 14 Motion to Amend complaint (Urso, Lisa) (Entered: 01/13/2005) |
| 01/11/2005 | 21 | AMENDED COMPLAINT against all defendants, filed by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse.(Urso, Lisa) (Entered: 01/19/2005) |
| 01/13/2005 | 20 | EXHIBITS A-C re 19 Exhibit, by Thomas Sebbagh, Trustees of Massachuetts bay Community College, Judith I. Gill, Peter H. Tsaffaras, Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney, Richard Forbes, Stephen P. Tocco, Commissioner, Division of Unemployment Assitance, Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli. (Johnson, Jay) (Entered: 01/19/2005) |
| 01/20/2005 | 22 | (Consented to) MOTION for Extension of Time to 2/14/05 to file opposition to defendants motion to dismiss by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse.(Johnson, Jay) (Entered: 01/25/2005) |
| 01/20/2005 | 23 | Letter/request (non-motion) from C.S.Panse regarding service of process. (Johnson, Jay) (Entered: 01/25/2005) |
| 01/31/2005 | | Judge Rya W. Zobel : electronicORDER entered granting 22 Motion for Extension of Time to 2/14/05 (Urso, Lisa) (Entered: 01/31/2005) |
| 02/14/2005 | 24 | Opposition re 15 MOTION for Summary Judgment filed by Chandrakant S. Panse, Mihir Panse, Ravi Panse. (Johnson, Jay) (Entered: 02/16/2005) |
| 02/14/2005 | 25 | MEMORANDUM OF LAW by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse to 24 Opposition to Motion. (Johnson, Jay) (Entered: 02/16/2005) |
| 02/14/2005 | 26 | AFFIDAVIT re 24 Opposition to Motion by Chandrakant S. Panse. (Johnson, Jay) (Entered: 02/16/2005) |
| 06/29/2005 | 27 | WAIVER OF SERVICE Returned Executed Trustees of Massachuetts bay Community College waiver sent on 12/18/2004, answer due 2/16/2005. (Bell, Marie) (Entered: 06/30/2005) |
| 06/29/2005 | 28 | SUMMONS Returned Executed Lindsay Norman served on 1/19/2005, answer due 2/8/2005. (Bell, Marie) (Entered: 06/30/2005) |
| 06/29/2005 | 29 | WAIVER OF SERVICE Returned Executed Judith I. Gill waiver sent on 12/8/2004, answer due 2/7/2005. (Bell, Marie) (Entered: 06/30/2005) |
| 09/16/2005 | 30 | Judge Rya W. Zobel : Memorandum of DecisionORDER entered |

| | | |
|---|---|---|
| | | granting in part and denying in part 15 Motion for Summary Judgment. Accordingly, defendants' motion for dismissal and/or summary judgment (#15 on the docket) is allowed except as to Count III. (Urso, Lisa) (Entered: 09/19/2005) |
| 09/19/2005 | 31 | NOTICE of Scheduling Conference Scheduling Conference set for 11/3/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 09/19/2005) |
| 10/27/2005 | 32 | STATEMENT OF COUNSEL *Defendants' Local Rule 16.1(D) Statement* by Thomas Sebbagh, Trustees of Massachuetts bay Community College, Judith I. Gill, Peter H. Tsaffaras, Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney, Richard Forbes, Stephen P. Tocco, Commissioner, Division of Unemployment Assitance, Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli. (Wyzanski, Charles) (Entered: 10/27/2005) |
| 11/01/2005 | 33 | MOTION to Certify Questions for Interlocutory Appellate Review by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse.(Johnson, Jay) (Entered: 11/02/2005) |
| 11/01/2005 | 34 | MEMORANDUM in Support re 33 MOTION to Certify Questions for Interlocutory Appellate Review filed by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse. (Johnson, Jay) (Entered: 11/02/2005) |
| 11/01/2005 | 35 | MOTION for Sanctions by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse.(Johnson, Jay) (Entered: 11/02/2005) |
| 11/01/2005 | 36 | AFFIDAVIT re 35 MOTION for Sanctions by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse. (Johnson, Jay) (Entered: 11/02/2005) |
| 11/03/2005 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 11/3/2005. Discovery due by 6/30/2006. Pretrial Conference set for 7/12/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 11/03/2005) |
| 11/28/2005 | 37 | MOTION for Preliminary Injunction to enjoin defendants from withholding pay and health insurance by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse.(Johnson, Jay) (Entered: 11/29/2005) |
| 11/28/2005 | 38 | MEMORANDUM in Support re 37 MOTION for Preliminary Injunction filed by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse. (Johnson, Jay) (Entered: 11/29/2005) |
| 11/29/2005 | 39 | Judge Rya W. Zobel : ORDER entered. Plaintiff shall serve defendants with all papers as required by Rule 5.(Urso, Lisa) (Entered: 11/30/2005) |
| 12/06/2005 | 40 | NOTICE OF APPEAL from interlocutory decision of denial/modification of injunction by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at |

| | | |
|---|---|---|
| | | http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/27/2005. (Johnson, Jay) (Entered: 12/07/2005) |
| 12/12/2005 | | Filing fee: $ 255, receipt number 68836 regarding Notice of Appeal (Johnson, Jay) (Entered: 12/13/2005) |
| 12/19/2005 | 41 | NOTICE of Certification of No Order of Transcript on Appeal by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse (Johnson, Jay) (Entered: 12/20/2005) |
| 12/21/2005 | 42 | Certified and Transmitted Record on Appeal to US Court of Appeals re 40 Notice of Appeal. (Ramos, Jeanette) (Entered: 12/21/2005) |
| 01/13/2006 | 43 | USCA Case Number 06-1056 for 40 Notice of Appeal, filed by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse.. (Ramos, Jeanette) (Entered: 01/13/2006) |
| 06/15/2006 | 44 | MOTION to Quash *Plaintiff's Deposition Subpoena of Governor Mitt Romney* by all defendants. (Attachments: # 1)(Wyzanski, Charles) (Entered: 06/15/2006) |
| 06/15/2006 | 45 | CERTIFICATE OF SERVICE by Thomas Sebbagh, Trustees of Massachusetts bay Community College, Judith I. Gill, Peter H. Tsaffaras, Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney, Richard Forbes, Stephen P. Tocco, Commissioner, Division of Unemployment Assitance, Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli re 44 MOTION to Quash *Plaintiff's Deposition Subpoena of Governor Mitt Romney*. (Wyzanski, Charles) (Entered: 06/15/2006) |
| 06/20/2006 | 46 | Motion to Compel answers interrogatories and Opposition re 44 MOTION to Quash *Plaintiff's Deposition Subpoena of Governor Mitt Romney* filed by Chandrakant S. Panse. (Johnson, Jay) Modified on 6/26/2006 (Johnson, Jay). (Entered: 06/23/2006) |
| 06/20/2006 | 47 | MEMORANDUM OF LAW in Support by Chandrakant S. Panse of 46 Opposition to Governor's motion to quash and in Support of Motion to Compel. (Johnson, Jay) (Entered: 06/23/2006) |
| 07/12/2006 | 48 | USCA Judgment as to 40 Notice of Appeal, filed by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse. We note, however, that plaintiff claims to have delivered to the district court, on December 1, 2005, a "Motion for Acknowledgment of Service" in which he explained that he had properly served defendants and asked the court to act on the preliminary injunction motion. This motion does not appear on the district court docket. The clerk will transit a copy of this motion to the district court for docketing, and we assume that once it is docketed, the district court will assess that once it is docketed, the district court will assess whether service was properly accomplished and turn to the preliminary injunction motion if there are no service deficiencies. DISMISSED. (Ramos, Jeanette) (Entered: 07/12/2006) |
| | | |

| | | |
|---|---|---|
| 07/12/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Initial Pretrial Conference held on 7/12/2006. Motions due by 10/27/2006; oppositions 11/10/06; Motion Hearing set for 11/15/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/13/2006) |
| 07/13/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 44 Motion to Quash (Urso, Lisa) (Entered: 07/14/2006) |
| 07/13/2006 | | Judge Rya W. Zobel : ELECTRONIC ENDORSEMENT re 46 Opposition to Motion filed by Chandrakant S. Panse, Motion to compel denied. (Urso, Lisa) (Entered: 07/14/2006) |
| 07/14/2006 | 49 | Judge Rya W. Zobel : ORDER entered denying 33 Motion to Certify Class, denying 35 Motion for Sanctions, denying 37 Motion for Preliminary Injunction (Urso, Lisa) (Entered: 07/14/2006) |
| 08/02/2006 | 50 | MANDATE of USCA as to 40 Notice of Appeal, filed by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse. DISMISSED. (Ramos, Jeanette) (Entered: 08/02/2006) |
| 08/02/2006 | | Appeal Record Returned: 40 Notice of Appeal, (Ramos, Jeanette) (Entered: 08/02/2006) |
| 10/27/2006 | 51 | MOTION for Summary Judgment by all defendants.(Wyzanski, Charles) (Entered: 10/27/2006) |
| 10/27/2006 | 52 | MEMORANDUM in Support re 51 MOTION for Summary Judgment filed by all defendants. (Wyzanski, Charles) (Entered: 10/27/2006) |
| 10/31/2006 | 53 | MOTION to Amend 52 Memorandum in Support of Motion by all defendants. (Attachments: # 1)(Wyzanski, Charles) (Entered: 10/31/2006) |
| 11/01/2006 | | Notice of correction to docket made by Court staff. Correction: #53 Motion to Amend corrected because: Memorandum Attached to Motion Should be Seperate Document. Email sent describing the fix. (Johnson, Jay) (Entered: 11/01/2006) |
| 11/13/2006 | 54 | MOTION to Strike and Recuse by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse. (Attachments: # 1 Affidavit # 2 Exhibit A-E) (Johnson, Jay) (Entered: 11/14/2006) |
| 11/13/2006 | 55 | Opposition re 51 MOTION for Summary Judgment filed by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse. (Johnson, Jay) (Entered: 11/14/2006) |
| 11/13/2006 | 56 | MEMORANDUM in Support of Opposition re 51 MOTION for Summary Judgment filed by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse. (Attachments: # 1 Affidavit # 2 Exhibit A-F) (Johnson, Jay) (Entered: 11/14/2006) |
| 11/15/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Motion Hearing held on 11/15/2006 re 51 MOTION for |

| | | |
|---|---|---|
| | | Summary Judgment filed by John A. King,. Lindsay Norman,, Judith I. Gill,, Paula Gastenveld,, Laurie Taylor,, Ghazi Darkazalli,, Thomas Sebbagh,, Trustees of Massachuetts bay Community College,, Peter H. Tsaffaras,, Board of Higher Education, Commonwealth of Massachusetts,, Mitt Romney,, Richard Forbes,. Stephen P. Tocco,. Commissioner, Division of Unemployment Assitance,. Judge hears the parties and takes the matter under advisement. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 11/15/2006) |
| 07/12/2007 | 57 | MEMORANDUM in Support re w/attached exhibits A-J 51 MOTION for Summary Judgment filed by Thomas Sebbagh. Trustees of Massachuetts bay Community College. Judith I. Gill, Peter H. Tsaffaras, Board of Higher Education, Commonwealth of Massachusetts, John A. King, Mitt Romney, Richard Forbes, Stephen P. Tocco, Commissioner, Division of Unemployment Assitance, Lindsay Norman, Paula Gastenveld, Laurie Taylor, Ghazi Darkazalli. (Document is un-scanned.Bound Booklet) (Johnson, Jay) Modified on 7/13/2007 (Johnson. Jay). (Entered: 07/13/2007) |
| 07/26/2007 | 58 | Judge Rya W. Zobel : Memorandum of Decision entered granting 51 Motion for Summary Judgment. Judgment may enter for defendants. (Urso. Lisa) (Entered: 07/27/2007) |
| 07/27/2007 | 59 | Judge Rya W. Zobel : ORDER entered. JUDGMENT ENTERED FOR DEFENDANTS. (Urso, Lisa) (Entered: 07/27/2007) |
| 08/23/2007 | 60 | NOTICE OF APPEAL as to 58 Order on Motion for Summary Judgment, 59 Judgment by Chandrakant S. Panse, Anjali Panse, Mihir Panse, Ravi Panse NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 9/12/2007. (Johnson. Jay) (Entered: 08/28/2007) |
| 08/28/2007 | | Filing fee: $ 455, receipt number 81994 for 60 Notice of Appeal, (Johnson. Jay) (Entered: 08/28/2007) |