UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-11658-RWZ

| | | |
|---|---|---|
| Chandrakant PANSÉ, | et al., plaintiffs | } |
| | | } |
| v. | | } |
| | | } |
| Lindsay NORMAN, | et al., defendants | } |

PLAINTIFFS-APPELLANTS' CERTIFICATION
OF NO ORDER OF TRANSCRIPT FOR APPEAL

Pursuant to Fed. R. App. Proc. 10(b)(1)(B), Plaintiffs-Appellants hereby certify that no transcript will be ordered, in accordance with Appeals Court Local Rule 10(d), in the Appeal in the above captioned action.

Respectfully submitted,

Chandrakant S. Pansé & Anjali Pansé
34 Frances Street,
Newton Highlands, MA 02461-1608
Tel. 617-527-9283

Certificate of Service: I do hereby certify that I served the above by prepaid First Class mail on 9/3/2007 on counsel for the Defendants, Charles Wyzanski, *Esq.*, Asst. A. G., The Commonwealth of Massachusetts, One Ashburton Place, Boston, MA 02108-1598.

Chandrakant S. Pansé, Plaintiff-Appellant