<div align="center">Chandrakant Pansé, *M.Sc., M.A., Ph.D.*</div>

Mobile 617-967-8430

FILED DrPanse@massbay.edu
IN CLERKS OF Office 781-239-2272

2007 SEP -5 P 1: 33

September 3, 2007

U.S. DISTRICT COURT
DISTRICT OF MASS.

Mr. Jay Johnson
Docket Clerk, Courtroom 12
United States District Court, District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: C. A. No. 04-11658-RWZ, Pansés v. Norman et al.

Dear Mr. Johnson,

    For the appeal in the above captioned action, I wish to offer my assistance in compilation of the record pursuant to Fed. R. App. Proc. 11 (a) and Appeals Court Local Rule 11(a). Please do call or email at the numbers or address above if I can assist any way in this regard.

    Thank you for your attention to this matter.

<div style="margin-left: 50%;">
Very truly yours,

*[signature]*

C. S. Pansé
Temporary address:
57 Conant Street
Acton, MA 01720-4235
</div>

cc    Charles Wyzanski, *Esq.*, Asst. A. G., The Commonwealth of Massachusetts