**Chandrakant Pansé**, *M.Sc., M.A., Ph.D.*

ThePanses@yahoo.com  
Mobile 617-967-8430

DrPanse@massbay.edu  
Office 781-239-2272

FILED  
IN CLERKS OFFICE

2007 OCT -1  P 1: 37

U.S. DISTRICT COURT  
DISTRICT OF MASS.

September 28, 2007

Mr. Jay Johnson  
Docket Clerk, Courtroom 12  
United States District Court, District of Massachusetts  
1 Courthouse Way  
Boston, MA 02210

Re:  C. A. No. C. A. No. 04-CV-11658-RWZ, Pansé v. Norman et al.

Dear Mr. Johnson,

    Thank you for asking for the document missing from the docket for the appeal in the above captioned action. Enclosed please find said document with Affidavit and Certificate of Service.

    I regret the delay in furnishing this material due to unavoidable circumstances.

    Thank you for your attention to this matter.

Very truly yours,

*C. S. Pansé*  
*Temporary address*:  
19 Pine Street  
West Newton, MA 02465-1416

cc  C. Wyzanski, *Esq.*, Asst. A. G., The Commonwealth of Massachusetts