UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2007 OCT -1  P  C. A. No. 04-CV-11658-RWZ

U.S. DISTRICT COURT
DISTRICT OF MASS.

C. S. PANSÉ, et al.,   Plaintiffs   }
}
v.                                   }                              **URGENT**
}
Lindsay NORMAN, et al.,   Defendants }


PLAINTIFFS' MOTION FOR ACKNOWLEDGMENT OF SERVICE BY DEFENDANTS OF PLAINTIFFS' MOTION FOR RESTRAINING ORDER OR PRELIMINARY INJUNCTION

Service under Fed. R. Civ. Proc. 5(a) on a party represented by an attorney is made on the attorney. Fed. R. Civ. Proc. 5(b)(1). Service is made by mailing a copy to the last known address. Fed. R. Civ. Proc. 5(b)(2)(B). Service can also be made by electronic means where consented to in writing. Fed. R. Civ. Proc. 5(b)(2)(D).

Counsel for Defendants himself has accomplished Service electronically in the past, constituting his consent for Rule 5(b)(2)(D) electronic Service. *See* Affidavit.

On Monday, Nov. 28, 2005, Plaintiffs filed an urgent Motion for Restraining Order or Preliminary Injunction. The papers, in the customary manner, contain a Certificate of Service, that Service was made pursuant to procedures under both Fed. R. Civ. Proc. 5(b)(2)(B) (mail) and 5(b)(2)(D) (electronically.) Further, this Certificate is under the penalties of perjury.

On Wednesday, Nov. 30, 2005, a Court finding dated Nov. 29, 2005 was entered in the Court's electronic database that none of the Plaintiffs' Motions were served on the Defendants. (Not having learnt anything regarding the fate of said urgent Motion, either electronically or by telephone, Plaintiff assumed that the Motion was denied and checked said database for confirmation through the Pacer system on Thursday, Dec. 01, 2005.) It appears that no Notice

regarding the Court's Order regarding the <u>urgent</u> Motion was mailed on Nov. 30, 2005, since Plaintiff received none in the mail on Dec. 01, 2005. *See* Affidavit.

When called by Plaintiff, counsel for Defendants acknowledged Service through First Class Mail; counsel had acknowledged electronic Service on Nov. 28, 2005. *See* Affidavit.

On Dec. 01, 2005 morning, Plaintiff left two voice messages for Deputy Clerk Ms. Urso at 617-748-9187 to clarify Service of the <u>urgent</u> Motion.

Wherefore, Plaintiff requests that the Court consider Plaintiffs' said <u>urgent</u> Motion for Restraining Order or Preliminary Injunction as soon as possible.

Furthermore, Plaintiffs submit that he has served copies of all Motions pending before this Court, and the counsel has acknowledged Service electronically or orally. *See* Affidavit.

Wherefore, Plaintiff requests that the Court consider all of Plaintiffs' pending Motions.

Respectfully submitted, Dec. 01, 2005,

Chandrakant S. Pansé
34 Frances Street
Newton Highlands, MA 02461-1608
Tel. 617-527-9283
Email DrCP@rcn.com

AFFIDAVIT

I, Chandrakant S. Pansé, residing at 34 Frances Street, Newton Highlands, MA 02461-1608, state the following to be true to the best of my knowledge:

1. Charles Wyzanski, *Esq.*, Asst. A.G., Counsel for Defendants, has served at least once a document on me electronically in the past, Service of which I accepted and to which I responded electronically.

2. On Nov. 28, 2005 I served a copy of the Plaintiffs' urgent Motion for Restraining Order or Preliminary Injunction electronically on Charles Wyzanski, *Esq.*, Asst. A.G., Counsel for Defendants. Mr. Wyzanski acknowledged receipt on the same day, both electronically and by telephone.

3. I called Mr. Wyzanski, *Esq.*, Asst. A.G., this Thursday, Dec. 01, 2005 morning, who confirmed that he had received a hard copy of said Motion in mail. I confirmed this conversation by sending Mr. Wyzanski an electronic message.

4. I left two voice messages for Deputy Clerk Ms. Urso at 617-748-9187 on Thursday Dec. 01, 2005 morning to clarify Service of my urgent Motion for Restraining Order or Preliminary Injunction; I have not heard from the Deputy Clerk as of 3:30 P.M. the same day.

5. I have received the mail for today, Thursday, Dec. 01, 2005; there is no paper in today's mail from the United States District Court. In past, mail from said Court has always arrived on the next business day from day of mailing.

6. I have served all Motions filed in the court on Charles Wyzanski, *Esq.*, Asst. A.G., Counsel for Defendants, by prepaid First Class Mail. Mr. Wyzanski has acknowledged Service of each, either electronically or orally.

Signed under the penalties of perjury, this 1st day of Dec. 2005,

Chandrakant S. Pansé

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I certify under the penalties of perjury that I called Charles Wyzanski, *Esq.*, Asst. A.G., Counsel for Defendants, on Dec. 01, 2005 to confer regarding the Motion herein for Acknowledgment of Service. Counsel confirmed that he had receive Service, both by First Class Mail and electronically, of Plaintiffs' Motion for Restraining Order or Preliminary Injunction.

Chandrakant S. Pansé, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify under the penalties of perjury that I served a copy of the Motion above with Affidavit and Certificates by electronic transmittal as well as by prepaid First Class Mail to Charles Wyzanski, *Esq.*, Asst. A.G., counsel for Defendants, on 12/01/05.

Chandrakant S. Pansé, Plaintiff