## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number: 07-2352

USDC Docket Number : 04-cv-11658

C. S. Panse, et al

v.

Lindsay Norman, et al

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 66

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 4, 2007.

Sarah A. Thornton, Clerk of Court

By: 

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date:    10/4/07 .

Deputy Clerk, US Court of Appeals

- 3/06