# United States Court of Appeals
## For the First Circuit

No. 07-2352

CHANDRAKANT S. PANSE, ET AL.,

Plaintiffs, Appellants,

v.

LINDSAY NORMAN, PERSONALLY AND AS PRESIDENT,
MASSACHUSETTS BAY COMMUNITY COLLEGE, ET AL.,

Defendants, Appellees.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

JUDGMENT

Entered: June 6, 2008

   After carefully considering the briefs and record on appeal, we affirm for substantially the reasons stated by the district court.

   The appellant was not terminated in a manner that violated his rights to procedural or substantive due process. Chmielinski v. Massachusetts, 513 F.3d 309 (1st Cir. 2008); Wojcik v. Mass. State Lottery, Comm'n, 300 F.3d 92, 102 (1st Cir. 2002); Amsden v. Moran, 904 F.2d 748, 754 (1st Cir. 1990). Collins v. Marina-Martinez, 894 F.2d 474, 480 (1st Cir. 1990). Nor did the appellant make any showing that he was fired in retaliation for protected speech. Miho v. Swift, 358 F.3d 91, 102 (1st Cir. 2004).

   Affirmed. 1st Cir. Loc. R. 27.0(c).

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Anjali Panse
Chandrakant S. Panse
Charles M. Wyzanski